Prob12C
DMA (3 2005)

# United States District Court
## for the District of Massachusetts
### Amended Petition and Affidavit for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Dustin Monick

**Case Number:** 0101 1:20CR10216-001-NMG

**Name of Sentencing Judicial Officer:** Honorable Nathaniel M. Gorton, U.S. District Judge

**Date of Original Sentence:** October 25, 2021

**Original Offense:** Cts. 1 and 2: Possession with Intent to Distribute 400 Grams or More of Fentanyl and 100 Grams or More of Heroin, in violation of 21 U.S.C. § 841(b)(1) and (b)(1)(A)

**Original Sentence:** 70 months of custody followed by 60 months of supervised release

**Date of Revocation:** May 1, 2024

**Revocation Sentence:** 4 months followed by 56 months of supervised release

**Type of Supervision:** Supervised Release

**Date Supervision Commenced:** January 12, 2024
**Date of 2nd term of Supervision:** August 13, 2024

**Asst. U.S. Attorney:** Timothy Kistner

**Defense Attorney:** Jessica P. Thrall

## PETITIONING THE COURT

☒    To amend the petition dated October 7, 2024

This amended petition updates Violation II, and adds Violation IV.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| I. | **Violation of Special Condition #1: The defendant shall reside in a residential drug treatment setting for at least the first 6 months of supervised release. The defendant shall follow the rules and regulations of the program.** |

On September 25, 2024, in Springfield, Massachusetts, Mr. Monick left residential treatment without permission. The program also reported that Mr. Monick tested positive for Fentanyl and cocaine while in treatment. On September 29, 2024, in Falmouth, Massachusetts, Mr. Monick left a residential treatment program without permission. On October 7, 2024, in Fall River, Massachusetts, Mr. Monick left a third residential treatment program without permission, all in violation of Special Condition No. 1.

Evidence in support of this violation includes officer testimony and treatment reports.

**II.**    **Violation of Standard Condition #6: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.**

On October 7, 2024, in Fall River, Massachusetts, Mr. Monick left residential treatment without permission. His whereabouts were unknown until May 26, 2026, in violation of Standard Condition No. 6.

Evidence in support of this violation includes officer testimony.

**III.**    **Violation of Mandatory Condition #1: The defendant shall not commit another federal, state, or local crime.**

On November 30, 2025, in the Commonwealth of Massachusetts, Mr. Monick was charged by the Arlington Police Department with Shoplifting by Asportation, in violation of M.G.L. Chapter 266, Section 30A, Resisting Arrest, in violation of M.G.L. 268, Section 32B, and False ID Information, Arrestee Furnish to Law Enforcement in violation of M.G.L 268, Section 34A-1, all in violation of Mandatory Condition No. 1.

Evidence in support of this violation includes officer testimony and the Arlington Police Department report #25011508.

**IV.**    **Violation of Mandatory Condition #1: The defendant shall not commit another federal, state, or local crime.**

On May 26, 2026, in the Commonwealth of Massachusetts, Mr. Monick was charged by the Cambridge Police Department with Trespass, in violation of M.G.L. Chapter 266, Section 120, Possession Class A Drugs, and False ID Information, Arrestee Furnish to Law Enforcement in violation of M.G.L 268, Section 34A-1, all in violation of Mandatory Condition No. 1.

Evidence in support of this violation includes officer testimony and the Cambridge Police Department report.

**U.S. Probation Officer Recommendation:**

The term of supervision should be:

☒      Revoked

☐      Extended for   year(s), for a total term of years.

☐      The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Reviewed and Approved      Respectfully submitted,
by:

*/s/ Justin Albergaria*      */s/Jessica Turkington*

Justin Albergaria      Jessica Turkington
Supervisory U.S.      Senior U.S. Probation Officer
Probation Officer      Date: 05/27/2026

**THE COURT ORDERS**

☒      To amend the petition dated 10/7/2024

☐      The Issuance of a Warrant

☐      The Issuance of a Summons

☐      Other

The Honorable Nathaniel M. Gorton
U.S. District Judge

05/28/2026

Date